DISCIPLINARY COUNSEL *v.* HOOVER.

[Cite as *Disciplinary Counsel v. Hoover*, ___ Ohio St.3d ___, 2022-Ohio-4026.]

(No. 2021-1517—Submitted November 10, 2022—Decided November 14, 2022.)

ON APPLICATION FOR REINSTATEMENT.

_____

**{¶ 1}** This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Robert T. Hoover, Attorney Registration No. 0039610, last known address in Portsmouth, Ohio.

**{¶ 2}** The court coming now to consider its order of March 17, 2022, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years with credit for the time served under his October 5, 2020 interim felony suspension and with conditions for reinstatement, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

**{¶ 3}** Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

**{¶ 4}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

**{¶ 5}** For earlier case, see *Disciplinary Counsel v. Hoover*, 167 Ohio St.3d 69, 2022-Ohio-769, 188 N.E.3d. 1076.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____